AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERTO FONSECA-RIVERA<br>*Defendant* | )<br>)   Case No. 16cr10251 DJC<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERTO FONSECA-RIVERA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute, and to Distribute, Cocaine, a Schedule II controlled substance

Date:    08/31/2016

_Antonia Alves-Baptista_
*Issuing officer's signature*
Antonia Alves-Baptista, Deputy Clerk

City and state:   Boston, Massachusetts
Jennifer C. Boal, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 9/1/2016

*Arresting officer's signature*

*Printed name and title*

Stamps: FILED IN CLERK'S OFFICE 2016 SEP 7 PM 1 26 U.S. DISTRICT COURT DISTRICT OF MASS.; RECEIVED 2016 AUG 31 PM 4 1? U.S. MARSHALS SERVICE BOSTON, MA