UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No. 16-10251
UNITED STATES OF AMERICA

v.

ANGEL MORALES et al.

MOTION FOR A RULE 11 HEARING BY DEFENDANT FONSECA-RIVERA

Roberto Fonseca-Rivera moves this Honorable Court to schedule a Rule 11 hearing at its earliest convenience. Mr. Fonseca-Rivera requests that the hearing NOT be scheduled on a Monday or Tuesday as those two days would be especially difficult for him to get leave from work. He also requests that the hearing be scheduled for as late in the day as is possible for the Court. A Spanish interpreter will be required.

Respectfully Submitted,
By His Attorney,

\_\_\_/s/ Lenore Glaser_____  August 24, 2017
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

**Certificate of Service**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on: August.**

**/s/ Lenore Glaser**