UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No. 2016-10251

UNITED STATES OF AMERICA
v.

ROBERTO FONSECA-RIVERA

**EMERGENCY MOTION BY DEFENDANT FONSECA-RIVERA TO TRAVEL TO PUERTO RICO TO BE WITH HIS MOTHER WHO IS IN INTENSIVE CARE. [ASSENTED]**

_____  _____

The defendant, Roberto Fonseca-Rivera moves this Honorable Court for permission to travel to Puerto Rico. His mother is presently in intensive case in a hospital there. Patrick Skehill, his probation officer has no objections to this request and notes that Mr. Fonseca-Rivera has been one hundred percent compliant for two years. Mr. Fonseca-Rivera will provide the probation officer with his itinerary and where he will stay. Assistant U.S. Attorney, James Arnold has no objections to this request.

WHEREFORE, the defendant moves this Court to allow the motion forthwith.

Respectfully Submitted,
By His Attorney,

___/s/ Lenore Glaser_____                November 3, 2017
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

**Certificate of Service**
**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on: November 3.2017.**

**/s/ Lenore Glaser**