UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No. 16-10251
UNITED STATES OF AMERICA

v.

ANGEL MORALES et al.

EMERGENCY MOTION BY DEFENDANT FONSECA-RIVERA TO TRAVEL TO PUERTO RICO. [ASSENTED].

Roberto Fonseca-Rivera moves this Honorable Court for permission to travel to Puerto Rico on short notice in the next several weeks. This request has been approved by the probation office and assented to by the government.

The mother of Mr. Fonseca-Rivera is dying and is not expected to live more than a couple weeks. She suffered a massive stroke after Hurricane Maria destroyed her home. Her health has steadily worsened and the family will permit the hospital to remove the life-support machines, as early as today. It is a matter of time before she will die. Mr. Fonseca-Rivera cannot miss too much time from his employment so he is waiting until his sisters call him and tell him to come, because death is imminent.

Mr. Fonseca-Rivera has been one hundred percent compliant with all his probation conditions. He will provide the probation office with his flight information and the address where he will be. He will be able to be accessed at any time through his telephone.

The probation officer is apprised of the situation and has approved this motion. The government has assented to it.

**WHEREFORE, THE DEFENDANT ASKS THIS COURT TO DETERMINE THIS MOTION AS SOON AS POSSIBLE.**

Respectfully Submitted,
By His Attorney,

   /s/ Lenore Glaser_____                 April 13, 2018
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

**Certificate of Service**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on: April 13, 2018**

**/s/ Lenore Glaser**