UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No. 16-10251
UNITED STATES OF AMERICA

v.

ANGEL MORALES et al.

MOTION FOR BY DEFENDANT FONSECA-RIVERA TO FILE HIS SENTENCING MEMORANDUM UNDER SEAL.

Roberto Fonseca-Rivera moves this Honorable Court to file his sentencing memorandum under seal. The sentencing memorandum describes personal details of the health and welfare of himself and his family which do not require public disclosure.

Respectfully Submitted,
By His Attorney,

____/s/ Lenore Glaser_____         November 2, 2018
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

**Certificate of Service**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on: August.**

**/s/ Lenore Glaser**