

# Memorandum

To: The Honorable Denise J. Casper, U.S. District Judge

From: James Pace, United States Probation Officer

Date: November 8, 2019

Re: Fonseca-Rivera, Roberto
Dkt # 16-CR-10251
Update on Case Status

---

The purpose of this memorandum is to update Your Honor on the status of the above-captioned individual's term of supervised release.

On November 5, 2018, Mr. Fonseca-Rivera appeared before Your Honor for sentencing having previously pled guilty to Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, in violation of 21 U.S.C § 846. On that date, Mr. Fonseca-Rivera was sentenced to one year and one day of imprisonment, followed by 3 years of supervised release.

Mr. Fonseca-Rivera commenced his term of supervised release on October 16, 2019. He was residing at Coolidge House and employed as a delivery driver. On November 1, 2019, Mr. Fonseca-Rivera left Coolidge House early in the morning for approved employment. He did not return as scheduled. Later, the United States Probation Office was notified by Vermont State Police that Mr. Fonseca-Rivera was found dead in a delivery truck on the side of the highway in Vermont. Vermont State Police advise that the incident remains under investigation as a homicide.

The Probation Office regrets to have to inform Your Honor of this sad news. Given Mr. Fonseca-Rivera's tragic death, the Probation Office is closing its supervision file.

Reviewed & Approved by:

*/s/ Brett Wingard*
Brett Wingard
U.S. Probation Officer

1